IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02511-RPM-BNB

TERRY FLINT, individually and as personal representative of the Estate of Susan B. Flint,

    Plaintiff,

v.

AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK,

    Defendant.
_____

**ORDER GRANTING DEFENDANT'S
MOTION TO SET ASIDE ENTRY OF DEFAULT**
_____

**Upon consideration of DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT,
it is**

**ORDERED that DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT is
GRANTED** and the Order for Entry of Default entered by the District Court, County Larimer, State of Colorado against Defendant American International Life Assurance Company of New York on November 18, 2008 is vacated.

Done this 28th day of November, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge