IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02511-RPM

TERRY FLINT, individually and as Personal Representative of the Estate of Susan B. Flint,

    Plaintiff,

v.

AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK,

    Defendant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

Upon consideration of Plaintiff's Motion for Reconsideration of this Court's Order Granting Defendant's Motion to Set Aside Entry of Default, entered on November 28, 2008, it is

ORDERED that the motion is denied.

DATED: December 2nd, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge