
Civil Action No. 08-cv-02511-RPM

**TERRY FLINT, individually and as personal representative of the Estate of Susan G. Flint,**

　　Plaintiff,

v.

**AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK,**

　　Defendant.

---

## ORDER FOR DISMISSAL OF
## SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF

---

THIS MATTER, having come before the Court on the parties' stipulation and joint motion for dismissal, and the Court being duly advised in the premises,

HEREBY ORDERS that the Second, Third and Fourth Claims for Relief shall be dismissed.

SO ORDERED this 16 day of December, 2008.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Richard P. Matsch, Senior Judge