DEC 16 2008

GREGORY C. LANG...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02511-RPM

**TERRY FLINT, individually and as personal representative of the Estate of Susan G. Flint,**

    Plaintiff,

v.

**AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK,**

    Defendant.

---

### ORDER FOR STAY OF PROCEEDINGS

---

THIS MATTER, having come before the Court on the parties' stipulation and joint motion for stay of proceedings, and the Court being duly advised in the premises,

HEREBY ACCEPTS AND APPROVES the stipulation of the parties and GRANTS a stay of proceedings up to and including January 30, 2009.

SO ORDERED this 16th day of December, 2008.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge