IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02511-RPM

TERRY FLINT, individually and as Personal Representative of the Estate of Susan B. Flint,

        Plaintiff,

v.

AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK,

        Defendant.

_____

ORDER FOR DISMISSAL
_____

        Pursuant to the Joint Stipulated Motion for Dismissal with Prejudice [17] filed on April 20, 2009, it is

        ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

        DATED:   April 20th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge